■ (A) JOHN W. ROUSE CONSTRUCTION CORPORATION, Plaintiff, v. JOHN E. ROSECRANS, Doing Business as POWER AND PROCESS COMPANY, Defendant. JOHN E. ROSECRANS, Doing Business as POWER AND PROCESS COMPANY, Appellant, v. GOUVERNEUR CENTRAL SCHOOL DISTRICT No. 1, Defendant, and JOHN W. ROUSE CONSTRUCTION CORPORATION, Respondent. (B) HARRIET LIPSCOMBE, Appellant, v. LILLIE RUBIN, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— [In each action] Motions denied. Attention of appellants is called to. rule VII of the rules of this court.

■ IDA CHOTINE, Respondent, v. UNITED STATES OF AMERICA, Appellant.— Motion for stay granted upon condition appellant perfects appeal and files and serves record, brief and note of issue for the May 1962 Term on or before April 2, 1962.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH ALLEN GOSLAR, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARTIN DENNIS TOWNSEND, Appellant. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ADRIAN BERNARD TURNER, Appellant. — [In each action] Permission to prosecute appeals as poor persons granted. Appeals may be perfected upon one typewritten copy of the records and five typewritten copies of the briefs. Osco W. Peterson, Esq., 216 William St., Elmira, N. Y., is hereby assigned as counsel in the above appeals.

■ In the Matter of AMERICAN CAN COMPANY, Appellant, v. STATE TAX COMMISSION, Respondent.— Motion for permission to appeal to the Court of Appeals upon a certified question dismissed, without costs. (Civ. Prac. Act, § 589, subd. 2; *Matter of American Can Co.* v. *State Tax Comm.*, 10 N Y 2d 1015; and cf. discussion in *Matter of Loewy* v. *Binghamton Housing Auth.*, 5 A D 2d 916, appeal dismissed 4 N Y 2d 1036.)

■ In the Matter of the Claim of MARJORIE E. SCRANTON, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Motion for reargument denied. Motion for permission to appeal to the Court of Appeals granted, without costs.

■ (A) In the Matter of LOWELL PACKING, INC., Petitioner, v. DON J. WICKHAM, as Commissioner of Agriculture and Markets of the State of New York, Respondent. (B) In the Matter of the Claim of CARL L. MARTIN, Respondent, v. GEORGE JUNIOR REPUBLIC ASSOCIATION, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— [In each action] Motions to dismiss appeals granted by default, without costs.

■ (A) In the Matter of the Claim of MEYER GOLDEN, Appellant, v. FRANK C. ALLSTROM et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (B) ROCCO GERACCI, Respondent, v. SAMUEL E. LEVITT, Appellant. (C) In the Matter of the Claim of MARIE L. LEWIS, Respondent, v. AVCORD REALTY CORPORATION, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— [In each action] Appeals dismissed unless appellants shall file and serve records, briefs and notes of issue for the May 1962 Term on or before March 30, 1962, in which event motions denied.